850

No. 77–6850. Brake v. Womble, Sheriff, et al.; and Brake v. Nash County Superior Court. C. A. 4th Cir. Certiorari denied. Reported below: 570 F. 2d 345 (first case); 571 F. 2d 574 (second case).

No. 77–6851. Carleo v. United States. C. A. 10th Cir. Certiorari denied.

No. 77–6852. Mathis v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–6853. Hendrickson v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–6854. Dorrough et al. v. Hogan, Warden, et al. C. A. 5th Cir. Certiorari denied.

No. 77–6856. Wilson v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 77–6857. Holcomb v. United States. C. A. 6th Cir. Certiorari denied.

No. 77–6858. Brody v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6859. Weinstein v. United States. C. A. 4th Cir. Certiorari denied.

No. 77–6860. Haynes v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–6861. Parisien v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–6862. King v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6863. Guzman v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.